IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERROLD R. RENTNER,

     Plaintiff,        JUDGMENT IN A CIVIL CASE

 v.

                Case No. 17-cv-9-bbc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

     Defendant.

   This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

   IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Jerrold R. Rentner remanding this case for further proceedings under sentence four of

Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

   s/ K. Frederickson, Deputy Clerk      6/16/2017
   Peter Oppeneer, Clerk of Court        Date