IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JERROLD RENTNER,                                               ORDER

      Plaintiff,                                               17-cv-9-bbc

  v.

NANCY BERRYHILL,
Acting Commissioner, Social Security Administration,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Curtiss Lein, counsel for plaintiff Jerrold Rentner, has moved for authorization of attorney fees and costs for his representation of plaintiff. Counsel is seeking $3,815.06 in fees and $400 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant Nancy Berryhill, Acting Commissioner of the Social Security Administration, does not oppose plaintiff's counsel's request. Accordingly, I am granting plaintiff's counsel's motion.

After counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $3,815.06 in fees and $400 in costs to counsel in accordance with the assignment signed by plaintiff and his counsel.

ORDER

IT IS ORDERED that plaintiff Jerrold Rentner's counsel's motion for attorney fees in the amount of $3,815.06 and costs in the amount of $400, dkt. #12, is GRANTED.

Entered this 6th day of September, 2017.

BY THE COURT:

_____
BARBARA B. CRABB
District Judge